JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | CV 20-367 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PEET'S COFFEE, INC., et al., | |
| Defendants. | |

Pursuant to the Court's February 28, 2020 Minute Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 29, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE